IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
A&T&T COMMUNICATIONS OF THE    )
MIDWEST and TCG OMAHA, INC.,   )
                               )
          Plaintiffs,          )         8:06CV625
                               )
     v.                        )
                               )
QWEST CORPORATION,             )         ORDER
                               )
          Defendant.           )
_____)
```

This matter is before the Court on the joint motion for extension of time (Filing No. 17). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the joint motion for extension of time is granted; plaintiffs shall have until November 7, 2006, to respond to defendant's motion to dismiss.

DATED this 24th day of October, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court