IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AT&T COMMUNICATIONS OF THE    )
MIDWEST and TCG OMAHA, INC.,  )
                              )
          Plaintiffs,         )        8:06CV625
                              )
     v.                       )
                              )
QWEST CORPORATION,            )        ORDER AND JUDGMENT
                              )
          Defendant.          )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Qwest's motion to dismiss (Filing No. 12) is granted; plaintiffs' complaint is dismissed.

2) AT&T's motions for leave to file supplemental authority (Filing Nos. 23 and 24) are granted; and

3) Qwest's motion for leave to file supplemental authority (Filing No. 25) is denied as moot.

4) The application for writ of application pro hac vice is stricken for failure to submit the original form to the clerk of court.

DATED this 27th day of February, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court